## MORRIS, administrator *v.* FAIN *et al.*

BECK, P. J. This was an equitable suit to cancel and set aside a certain deed of conveyance. Upon the trial of the case the jury returned a verdict for the defendants. The plaintiff made a motion for a new trial upon the usual general grounds, and upon the hearing of the motion the court overruled it; to which judgment the plaintiff excepted. Under the conflicting evidence upon the controlling issue in the case the court was authorized to refuse a new trial.

*Judgment affirmed. All the Justices concur.*

No. 6908.    MAY 22, 1929.

*M. B. Eubanks,* for plaintiff.

*Porter & Mebane* and *John Camp Davis,* for defendants.